**Marguerite H. HASS,
Petitioner/Respondent/Cross
Appellant,**

v.

**John Edward HASS,
Respondent/Appellant/Cross
Respondent.**

**Nos. 51851, 51860.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Oct. 27, 1987.

Motion for Rehearing and/or Transfer
Denied Nov. 24, 1987.

Application to Transfer Denied
Jan. 20, 1988.

737

James Jay Knappenberger, Clayton, for appellant.

Richard Patrick Bumb, Fenton, for respondent.

## ORDER

PER CURIAM:

Both parties appeal from the dissolution decree entered by the trial court. The parties have been furnished with a memorandum of our reasons for affirmance. The judgment is affirmed. Rule 84.16(b).